# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAGNESITA REFRACTORIES COMPANY,** | CIVIL ACTION NO. 1:17-CV-1587 |
| **Plaintiff** | (Chief Judge Conner) |
| v. | |
| **TIANJIN NEW CENTURY REFRACTORIES CO., LTD.,** *et al.*, | |
| **Defendants** | |

## ORDER

AND NOW, this 21st day of February 2018, upon consideration of Plaintiff's Motion (Doc. 48), and concurrence of Defendants, to extend the deadline set forth in this Court's Order of January 8, 2018, it is hereby ORDERED that said Motion is GRANTED. Successor counsel for the corporate Defendants shall enter an appearance within thirty (30) days of the date of this Order or the Court may enter default judgment on non-compliant Defendants

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania