# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAGNESITA REFRACTORIES COMPANY,** | : CIVIL ACTION NO. 1:17-CV-1587 |
| | : |
| | : (Chief Judge Conner) |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **TIANJIN NEW CENTURY REFRACTORIES CO., LTD.,** *et al.*, | : |
| | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 29th day of March 2018, upon consideration of Plaintiff's Motion (Doc. 50) for 30-Day Stay, it is hereby ORDERED that said motion is GRANTED. Successor counsel for the corporate Defendants shall enter an appearance within thirty (30) days of this Order or the Court may enter default judgment on noncompliant Defendants.

/S/ C<span style="font-variant:small-caps">hristopher</span> C. C<span style="font-variant:small-caps">onner</span>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania
